IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

EFFIE COLLINS           *
      Plaintiff   *
                            *
V.                      *
                            *
ARKANSAS BOARD OF       *     NO: 3:12CV00123 SWW
EMBALMERS & FUNERAL     *
DIRECTORS, ET AL.       *
                            *
      Defendants

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED. Plaintiff's official-capacity claims against members of the Arkansas Board of Embalmers and Funeral Directors, seeking reinstatement of licences, are DISMISSED WITHOUT PREJUDICE, and Plaintiff's additional claims are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 31ST DAY OF MAY, 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE