## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

EFFIE COLLINS                *

         Plaintiff        *

                         *

V.                         *

                         *

ARKANSAS BOARD OF     *         NO: 3:12CV00123  SWW

EMBALMERS & FUNERAL    *

DIRECTORS, ET AL.        *

                         *

         Defendants

### <u>JUDGMENT</u>

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.   Plaintiff's official-capacity claims against members of the Arkansas Board of Embalmers and Funeral Directors, seeking reinstatement of licences, are DISMISSED WITHOUT PREJUDICE, and Plaintiff's additional claims are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 31ST  DAY OF MAY, 2013.


<u>/s/Susan Webber Wright</u>

UNITED STATES DISTRICT JUDGE